1  PAUL L. REIN, Esq. (SBN 43053)
   LAW OFFICES OF PAUL L. REIN
2  200 Lakeside Drive, Suite A
   Oakland, CA  94612
3  Telephone:     510/832-5001
   Facsimile:     510/832-4787
4  reinlawoffice@aol.com

5  Attorneys for Plaintiff
   JOHN SCHULZ
6
   GREGG A. THORNTON (SBN 146282)
7  gthornton@selmanlaw.com
   DANIELLE K. LEWIS (SBN 218274)
8  dlewis@selmanlaw.com
   SELMAN BREITMAN LLP
9  33 New Montgomery, Sixth Floor
   San Francisco, CA 94105-4537
10 Telephone: 415.979.0400
   Facsimile: 415.979.2099
11
   Attorneys for Defendant
12 CITY OF PACIFICA

13                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
14

15 JOHN SCHULZ,                          Case No. 4:17-cv-05726 DMR
                                         Civil Rights
16          Plaintiff,
                                         CONSENT DECREE AND [PROPOSED]
17 v.                                    ORDER FOR INJUNCTIVE RELIEF FOR
                                         INJUNCTIVE RELIEF ONLY
18
                                         Action Filed: October 4, 2017
19 CITY OF PACIFICA; and DOES 1-10,
   INCLUSIVE,
20
            Defendant.
21

22
23         1.       Plaintiff JOHN SCHULZ filed a Complaint in this action on October 4, 2017,

24 to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§

25 12101 *et seq.*, and California civil rights laws and to obtain recovery of damages for

   discriminatory experiences, denial of access, and denial of civil rights against Defendant
26
   CITY OD PACIFICA ("Defendant").  Plaintiff has alleged that Defendant violated Titles II
27
   of the ADA; Section 504 of the Rehabilitation Act, sections 51, 52, 54, and 54.1, of the
28

1  California Civil Code, and California Government Code sections 4450 *et seq.* 11135 by

2  failing to provide full and equal access to users of the facilities located at 170 Santa Maria

3  Ave, Pacifica, CA 94044; 1800 Francisco Boulevard, Pacifica, CA 94044; and 1810

4  Francisco Boulevard, Pacifica, CA 94044.

5      2.      Defendant denies any wrongdoing, illegal or unlawful conduct, or liability

6  whatsoever on its part.

7      3.      In order to avoid the costs, expense, and uncertainty of protracted litigation,

8  Plaintiff and Defendant (together sometimes the "Parties") agree to entry of this Consent

9  Decree and Order to resolve all claims regarding injunctive relief, damages, and attorneys'

10  fees, litigation expenses and costs, raised in the Complaint without the need for protracted

11  litigation. Accordingly, the Parties agree to the entry of this Order without trial or further

12  adjudication of any issues of fact or law concerning Plaintiff's claims for relief.

13

14  **JURISDICTION:**

15      4.      The Parties to this Consent Decree and Order agree that the Court has

16  jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the

17  Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.* and pursuant to

18  supplemental jurisdiction for alleged violations of California Civil Code sections 51, 54, and

19  54.1.

20      WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate to the

21  Court's entry of this Consent Decree and Order, which provide as follows:

22

23  **SETTLEMENT OF INJUNCTIVE RELIEF:**

24      5.      This Order shall be a full, complete, and final disposition and settlement of

25  Plaintiff's claims against Defendant for injunctive relief that have arisen out of the subject

26  Complaint.

27      6.      The Parties agree and stipulate that the corrective work will be performed in

28  compliance with the standards and specifications for disabled access as set forth in the

1 California Code of Regulations, Title 24-2, and Americans with Disabilities Act Standards

2 for Accessible Design, unless other standards are specifically agreed to in this Consent

3 Decree and Order.

4    a.  **Remedial Measures and Administrative Procedures:**

5        <u>**Programs and Services**</u>

6  • The City will develop a protocol and training to ensure that employees at the front

7   desk at 1800 Francisco Boulevard are trained to assure that disabled patrons are

8   provided with the same services conducted by the Finance Department at City Hall

9   that are provided to able bodied persons in the following manner:  when a disabled

10  patron requests Finance Department services from the front desk personnel located at

11  1800 Francisco Boulevard ("front desk employee"), the front desk employee will call

12  an employee in the Finance Department at City Hall and will receive a number

13  indicating the disabled patron's place in line for service, the front desk employee will

14  communicate with the disabled patron to let him or her know what their number is.

15  When the disabled patron's place in line is first, an employee from the Finance

16  Department will inform the front desk employee that it is the disabled patron's turn to

17  receive services.  The Finance Department employee will then immediately travel to

18  1800 Francisco Boulevard to provide services to the disabled patron.  Such a

19  procedure will ensure that a disabled patron of City Services will be assisted within

20  the timeframe that able bodied persons would be served at City Hall.

21  • The City will have the ADA Coordinator available for walk-in scheduling of

22  appointments for both able bodied and disabled persons at 1800 Francisco Boulevard.

23  • To the extent not already implemented, the City will agree to have employees at 1800

24  Francisco Boulevard trained in coordinating meetings at accessible locations for all

25  services provided by the Human Resources, City Manager, City Attorney, and City

26  Clerk's departments.

27        <u>**Website**</u>

28  • The City will place, on the front webpage of http://www.cityofpacifica.org/, a

- 3 -

1  prominent button link, or something comparable, that states "Disability Access for

2  City Services," or something comparable on it. The button (or comparable option)

3  will link to a page that specifies a list of City services that are inaccessible at City

4  Hall. The page shall state the location of accessible parking, a map for the accessible

5  path of travel, and the services located at 1800 Francisco Boulevard on a walk-in

6  basis and those available by appointment.

7  • To the extent not already provided, the City will agree to have the webpage identify

8  the name and phone number for the ADA Coordinator for those services that require

9  scheduling in an accessible location for services available to the public from the

10  Human Resources, City Manager, City Attorney, and City Clerk's departments.

11                                             **Notices**

12  • To the extent not already provided, the City will have all notices sent out from the

13  City regarding City programs, services, and activities that require or invite members

14  of the public to go to City Hall contain a notification that City Hall is not disabled

15  accessible. This will include parking citations of any kind. The notices will state that

16  walk-in services for the Finance Department are available at 1800 Francisco

17  Boulevard and will provide the number of the ADA Coordinator to schedule other

18  City services. The notice will also include the web address for the Disability Access

19  portion of the webpage.

20                       **Physical Access Barrier Removal**

21  **Pacifica City Hall - 170 Santa Maria Ave, Pacifica, CA 94044**

22  Accessible Parking in Front of City Hall

23  • The City will agree to allow the accessible parking in front of City Hall to remain

24  with the understanding that Plaintiff agrees to waive all claims with regard to that

25  location.

26  Pacifica City Hall – Informational Signage

27  • The City will provide compliant signage which indicates where the services typically

28  provided at the City Hall are available at accessible locations.

- 4 -

1    • The City will provide compliant informational signage, with appropriate letter height,

2       in a conspicuous place viewable from each direction of approach and to minimize

3       backtracking.

4    On-Site Parking

5    • The City will provide two accessible parking spaces adjacent to Francisco Boulevard,

6       one of which will be a van-accessible parking space.

7    **City of Pacifica Planning Department – 1800 Francisco Blvd, Pacific, CA 94044**

8    Entry Door One

9    • The City will provide signage at this entrance indicating the location of the accessible

10      entry door.

11   Entry Door Two

12   • The City will provide signage of the International Symbol of Accessibility.

13   • The City will install an automatic door opener.

14   Conference Room

15   • The City will make one conference room accessible with the appropriate hardware,

16      width, and side clearance.  The accessible conference room will service programs for

17      both the 1800 and 1810 Francisco Blvd. location.

18   **Parks, Beaches & Recreation – 1810 Francisco Blvd, Pacific, CA 94044**

19   Exterior Door

20   • The City will provide signage of the International Symbol of Accessibility.

21   • The City will install an automatic door opener.

22   • The City will provide a compliant threshold.

23   Single Accommodation Unisex Restroom

24   • The City will provide one single accommodation unisex restroom which is fully

25      accessible and compliant.

26       b.   **Timing:** Defendant will complete each item stated in this Consent

27            Decree on the following schedule:

28            i.   All items covered under the sections labeled Programs and

- 5 -

1    Services, Website, and Notices shall be completed within 45

2    days of the full execution of the Consent Decree.

3    ii.   All signage will be installed within 45 days of the full

4    execution of the Consent Decree.

5    iii.  The power door openers will be installed within 6 months of

6    the full execution of the Consent Decree.

7    iv.   One conference room at 1800 Francisco Boulevard shall be

8    made accessible within 6 months of the full execution of the

9    Consent Decree.

10   v.    The parking shall be remediated as outlined above within 6

11   months of the full execution of the Consent Decree.

12   vi.   The single accommodation restroom shall be made fully

13   accessible and compliant within one year of the full execution

14   of the Consent Decree.

15   c.    In the event that unforeseen difficulties prevent Defendant from

16   completing any of the agreed-upon injunctive relief, Defendant or its

17   counsel will notify Plaintiff's counsel in writing within fourteen (14)

18   days of discovering the delay.  Plaintiff will have thirty (30) days to

19   investigate and meet and confer with Defendant, and to approve the

20   delay by stipulation or otherwise respond to Defendant's notice.  If the

21   Parties cannot reach agreement regarding the delay within that time

22   period, Plaintiff may seek enforcement by the Court.

23   d.    Defendant or defense counsel will notify Plaintiff's counsel when the

24   corrective work is completed, and, whether completed not, will

25   provide a status report to Plaintiff's counsel no later than 120 days

26   from the Parties' signing of this Consent Decree and Order.

27   e.    If Defendant fails to provide injunctive relief on the agreed upon

28   timetable and/or fails to provide timely written status notification, and

- 6 -

1   Plaintiff files a motion with the Court to obtain compliance with these

2   terms, Plaintiff reserves the right to seek additional attorney's fees for

3   any compliance work necessitated by Defendant's failure to keep this

4   agreement.

5

6   **CALCULATION OF TIME**

7   7.   In computing any period of time prescribed or allowed by this Consent

8   Decree, unless otherwise stated, such computation or calculation shall be made consistent

9   with California Code of Civil Procedure §§ 12-13.

10

11   **ENTIRE CONSENT DECREE AND ORDER:**

12   8.   This Consent Decree and Order constitute the entire agreement between the

13   signing Parties on the matters of injunctive relief, and no other statement, promise, or

14   agreement, either written or oral, made by any of the Parties or agents of any of the Parties

15   that is not contained in this written Consent Decree and Order, shall be enforceable regarding

16   the matters of injunctive relief described herein.

17   **CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN**

18   **INTEREST:**

19   9.   This Consent Decree and Order shall be binding on Plaintiff, Defendant, and

20   any successors-in-interest.  Defendant has a duty to so notify all such successors-in-interest

21   of the existence and terms of this Consent Decree and Order during the period of the Court's

22   jurisdiction of this Consent Decree and Order.

23   10.   Except for all obligations required in this Consent Decree and Order – and

24   exclusive of Plaintiff's continuing claims for damages, statutory attorneys' fees, litigation

25   expenses, and costs – each of the Parties to this Consent Decree and Order, on behalf of each

26   of their respective agents, representatives, predecessors, successors, heirs, partners, and

27   assigns, releases and forever discharges each other Party and all officers, directors,

28   shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies,

- 7 -

1   employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of

2   each other Party, from all claims, demands, actions, and causes of action of whatever kind or

3   nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

4

5   **MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**

6         11.    Each of the Parties to this Consent Decree and Order understands and agrees

7   that there is a risk and possibility that, subsequent to the execution of this Consent Decree

8   and Order, any or all of them will incur, suffer, or experience some further loss or damage

9   with respect to the lawsuit that is unknown or unanticipated at the time this Consent Decree

10  and Order is signed. Except for all obligations required in this Consent Decree and Order, the

11  Parties intend that this Consent Decree and Order apply to all such further loss with respect

12  to the lawsuit, except those caused by the Parties subsequent to the execution of this Consent

13  Decree and Order. Therefore, except for all obligations required in this Consent Decree and

14  Order, this Consent Decree and Order shall apply to and cover any and all claims, demands,

15  actions, and causes of action by the Parties to this Consent Decree with respect to the lawsuit,

16  whether the same are known, unknown, or hereafter discovered or ascertained, and the

17  provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section

18  1542 provides as follows:

19                  **A GENERAL RELEASE DOES NOT EXTEND TO**
                    **CLAIMS WHICH THE CREDITOR DOES NOT KNOW**
20                  **OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT**
                    **THE TIME OF EXECUTING THE RELEASE, WHICH**
21                  **IF KNOWN BY HIM OR HER MUST HAVE**
                    **MATERIALLY AFFECTED HIS OR HER**
22                  **SETTLEMENT WITH THE DEBTOR.**

23        12.    Except for all obligations required in this Consent Decree and Order each of

24  the Parties to this Consent Decree and Order, on behalf of each, their respective agents,

25  representatives, predecessors, successors, heirs, partners, and assigns, releases and forever

26  discharges each other Party and all officers, directors, shareholders, subsidiaries, joint

27  venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance

28  carriers, heirs, predecessors, and representatives of each other Party, from all claims,

                                            - 8 -

1  demands, actions, and causes of action of whatever kind or nature, presently known or

2  unknown, arising out of or in any way connected with the lawsuit.

3

4  **NO ADMISSION OF LIABILITY**

5       13.    This Consent Decree represents the compromise of disputed claims, which the

6  Parties recognize would require protracted and costly litigation to determine.  The Parties'

7  entry into this Consent Decree is not, and may not be used by any person as, an admission or

8  evidence that Defendant has engaged in any practice that violates any other state, federal, or

9  local law.

10

11  **TERM OF THE CONSENT DECREE AND ORDER:**

12       14.    This Consent Decree and Order shall be in full force and effect for a period of

13  thirty-six (36) months after the date of entry of this Consent Decree and Order by the Court.

14       15.    This Court has jurisdiction over the Parties and the subject matter of this

15  Action.  All claims resolved by this Consent Decree shall be dismissed with prejudice upon

16  the entry of this Order.  This Court shall retain jurisdiction of the Action, however, during the

17  duration of the Consent Decree, for the purpose of entering all orders that may be necessary

18  to implement the relief provided for herein.  The Court shall retain jurisdiction to enforce the

19  monetary terms of this settlement, memorialized by separate Settlement Agreement.

20

21  **SEVERABILITY:**

22       16.    If any term of this Consent Decree and Order is determined by any court to be

23  unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in

24  full force and effect.

25

26  **SIGNATORIES BIND PARTIES:**

27       17.    Signatories on the behalf of the Parties represent that they are authorized to

28  bind the Parties to this Consent Decree and Order. This Consent Decree and Order may be

- 9 -

1  signed in counterparts and a facsimile signature shall have the same force and effect as an

2  original signature.

3                                    **END OF PAGE.**

4  **SIGNATURES CONTINUE ON THE NEXT PAGE AND ORDER IS AT THE END
   OF THE DOCUMENT.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         - 10 -

1    Dated: 5-23 , 2018                PLAINTIFF JOHN SCHULZ

2

3                                       _____
                                        JOHN SCHULZ
4

5    Dated: 6/7 , 2018                  CITY OF PACIFICA
6
                                        By: _____
7                                       Print name: Kevin Woodhouse
8                                       Title: City Manager

9    Approved as to form:
10

11   Dated: 5/23 , 2018                 LAW OFFICES OF PAUL L. REIN
12

13                                       _____
                                        By:  AARON M. CLEFTON, ESQ.
14                                      Attorneys for Plaintiff
                                        JOHN SCHULZ
15

16   Dated: 6/7 , 2018                  SELMAN BREITMAN LLP
17

18                                       _____
                                        By:  DANIELLE K. LEWIS, ESQ.
19                                      Attorneys for Defendant
                                        CITY OF PACIFICA
20

21

22

23

24

25

26

27

28
                                       - 11 -

CONSENT DECREE AND [PROPOSED] ORDER FOR INJUNCTIVE RELIEF
Case No. 4:17-cv-05726 DMR

1

### ORDER

2      Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

4

Dated: June 15 , 2018

5                                              _____

6                                              Honorable Donna M. Ryu
                                               United States Magistrate Judge
7

8

9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 12 -